CHARLES H. OTIS, Appellant, *v.* ANDREW T. BERTHOLF, Respondent.

(Argued December 18, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*William Van Amee* for appellant.

*Louis E. Carr* for respondent.

Agree to affirm on authority of *Manning* v. *Beck* (*ante,* page 1); no opinion.

All concur.

Judgment affirmed.